USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FATMIR CAPRIC,

                Plaintiff,

-against-

CENTENNIAL PROPERTIES NY INC.,

                Defendant.

23-CV-10443 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed, and the Defendant has neither appeared nor answered, Dkt. 5–6;

WHEREAS on February 15, 2024, the Court ordered Plaintiff to move for an order to show cause why default judgment should not be entered against the Defendant by February 21, 2024, or the case would be dismissed without prejudice for failure to prosecute; and

WHEREAS Plaintiff failed to move for default judgment by February 21, 2024, or otherwise respond to the order to show cause.

IT IS HEREBY ORDERED that the case is DISMISSED without prejudice for failure to prosecute. The Clerk of Court is respectfully directed to CLOSE the case.

**SO ORDERED.**

Date: February 26, 2024
New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**