**MEMO ENDORSED**

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2024

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　　Web: www.abdulhassan.com

March 11, 2024

**Via ECF**

Hon. Valerie E. Caproni, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 443
New York, NY 10007
Tel: 212-805-6350

　　　　　　　　　<u>Re: Capric v. Centennial Properties NY Inc.</u>
　　　　　　　　　　Case No. 23-CV-10443 (VEC)(VF)
　　　　　　　　　　Motion for Extension of Time

Dear Judge Caproni:

　　　My firm represents plaintiff Fatmir Capric in the above-referenced action, and I respectfully write to request a 30-day extension of the March 11, 2024 deadline set forth in this Court's March 4, 2024 Order. This request is being made because my office has reached out to counsel for Defendant Olga Tzortzatos who said she no longer works for Defendant, and it may be that Defendant needs some additional time to retain new counsel. No prior request for an extension of this deadline was made.

　　　Since the Court's March 4, 2024 order, I have requested the required certificate of default which was issued by the Clerk of Court on March 6, 2024.

　　　I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

1

Application DENIED.  Plaintiff's extension request, which comes after Plaintiff requested the Clerk to enter a certificate of default and on the day that Plaintiff's motion for default judgment was due, strikes the Court as just another excuse for delay. Plaintiff's counsel has given no indication that Defendant, whose answer deadline has long passed, intends to litigate this case.  To the extent it does, Defendant can oppose the motion for default judgment.  Plaintiff's deadline to move for an order to show cause why default judgment should not be entered pursuant to Attachment A of the Undersigned's Individual Practices in Civil Cases is **12:00 P.M. tomorrow, March 13, 2024**.  Failure to so move by this deadline will result in the dismissal without prejudice of this case.

Pursuant to Rule 2(C) of the Undersigned's Individual Practices in Civil Cases, any extension or adjournment requests are due at least 48 business hours prior to the due date absent emergency. Plaintiff's counsel has already been admonished for failing to adhere to the Court's deadlines, *see* Order, Dkt. 10, and is further warned that future adjournment or extension requests made in violation of the Undersigned's Individual Practices may be denied on that basis alone.

SO ORDERED.

*[signature: Valerie Caproni]*       03/12/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE