USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/03/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fatmir Capric,<br><br>      Plaintiff,<br><br>-v-<br><br><br>Centennial Properties NY Inc.,<br><br>      Defendant. | Civil Action #: 23-CV-10443 (VEC)(SN)<br><br>**DEFAULT JUDGMENT AND ORDER**<br><br>~~(Proposed)~~ |

This matter having been commenced by Plaintiff against defendant Centennial Properties NY Inc. on November 29, 2023 (ECF No. 1), the Court finds as follows:

1. The summons and complaint were duly served on defendant Centennial Properties NY Inc. ("Defendant") through the New York Secretary of State on December 4, 2023 and proof of service was filed on December 4, 2024. (See ECF No. 6)

2. Defendant was required to answer or otherwise move by February 28, 2024.

3. To date Defendant, has not served or filed an answer to the complaint or filed a notice of appearance in this case.

4. On March 5, 2024 Plaintiff filed a Request to the Clerk of the Court for a Certificate of Default against Defendant. (ECF No. 13-16).

5. The Clerk of this Court acknowledged and entered Defendant's default on March 6, 2024. (ECF No. 18).

**THEREFORE**, it is ORDERED, ADJUDGED, and DECREED: That the Court enter judgment against Defendant and in favor of Plaintiff as to Plaintiff's overtime claims only:

 i. For total damages in the amount of ~~$148,000~~ $54,000.

Pursuant to the Letter at Dkt. 35, all claims other than Plaintiff's claims for overtime wages and for liquidated damages are DISMISSED without prejudice. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

Dated: April 3, 2024
   New York, NY

                  _____
                  Hon. Valerie E. Caproni, USDJ
                  United States District Judge